Phyllis Wright HARRIS, on her own behalf and on behalf of her three children; Beverly Harris Butler, formerly Beverly Harris; Samuel Harris, Plaintiffs-Appellants,

v.

JOINT SCHOOL DISTRICT NO. 241; Board of Trustees of District No. 241; Trent Woods, Chairperson of Board; Al Arnzen, Superintendent, Defendants-Appellees,

v.

CITIZENS PRESERVING AMERICA'S HERITAGE, INC., an Idaho Corporation, et al., Defendants-Intervenors-Appellees.

No. 93-35839.

United States Court of Appeals,
Ninth Circuit.

Aug. 11, 1995.

93–94, 99 S.Ct. 2149, 2149–50, 60 L.Ed.2d 735 (1979).

Appellants' motion for fees is denied.

UNITED STATES of America,
Plaintiff-Appellant,

v.

Before: WRIGHT, WIGGINS, and THOMPSON, Circuit Judges.

## ORDER

Pursuant to the orders of the United States Supreme Court, *Joint Sch. Dist. 241 v. Harris,* —— U.S. ——, 115 S.Ct. 2604, 132 L.Ed.2d 849 (1995), and *Citizens Preserving America's Heritage, Inc. v. Harris,* —— U.S. ——, 115 S.Ct. 2604, 132 L.Ed.2d 849 (1995), the opinion of this court, reported at 41 F.3d 447 (9th Cir.1994), is vacated, and the appeal is dismissed as moot. *See United States v. Munsingwear, Inc.,* 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950).

The case is remanded to the district court with instructions to vacate its judgment and dismiss the complaint as moot. *See Great Western Sugar Co. v. Nelson,* 442 U.S. 92,